IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| BRIGHAM YOUNG UNIVERSITY-HAWAII, a Utah nonprofit corporation | ) ) ) ) | CIV NO 12-00401 ACK-RLP |
| Plaintiff(s), | ) ) ) | |
| vs. | ) ) | |
| HAMBERGER FLOORING GmbH & CO. KG, a German corporation; HARO SPORTS UAS aka HARO SPORTS FLOORING, a Florida comapny; PRO STAR, INC., a Wisconsin corporation; THOMAS RILLIET, LTD., a Hawaii corporation, dba RENAISSANCE WOOD FLOORING & CO., and ALOHA HARDWOOD FLOORING; JOHN and JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE ENTITIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendant(s). | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 31, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant Defendant Haro Sports USA aka Haro Sports Flooring's Motion to Quash Defective

Service of Summons" (Doc. No. 22) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, November 15, 2012.



_____
Alan C. Kay
Sr. United States District Judge

<u>Brigham Young Univ.-Haw. v. Hamberger Flooring GmbH</u>, Civ. No. 12-00401 ACK RLP, Order Adopting Magistrate Judge's Findings and Recommendation